UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVSION

| | | |
|---|---|---|
| COOK CHILDREN'S HEALTH FOUNDATION a/k/a W.I. COOK FOUNDATION, INC., on behalf of itself and a class of similarly situated persons, | § § § § § | |
| *Plaintiff,* | § | Civil Action No. 4:21-cv-454 |
| v. | § | Judge Amos L. Mazzant |
| | § | |
| DEVON ENERGY CORPORATION and DEVON ENERGY PRODUCTION COMPANY, L.P., | § § § § | |
| *Defendants.* | § § | |

## **ORDER**

Pending before the Court is the parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Dkt. #24). The Court finds the Stipulation of Dismissal should be and hereby is accepted by the Court.

It is therefore ORDERED that this case is DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 16th day of June, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE